IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
IN OPEN COURT

MAY 28 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:25-cr- 116 (CMH) |
| DAMASO LOPEZ-SERRANO, | 21 U.S.C. § 841 (Attempted Possession with Intent to Distribute Fentanyl) |
| Defendant. | Forfeiture Notice |

**CRIMINAL INFORMATION**

(*Attempted Possession with Intent to Distribute of Fentanyl*)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 12, 2024, in the Eastern District of Virginia and elsewhere, the defendant, DAMASO LOPEZ-SERRANO, knowingly and intentionally attempted to possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

The defendant, DAMASO LOPEZ-SERRANO, upon conviction for the offense charged in this Information, pursuant to Title 21, United States Code, Section 853(a), shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

Pursuant to 21 U.S.C. § 853(p), the defendant, DAMASO LOPEZ-SERRANO, shall forfeit substitute property, if, by any act or omission of the defendant, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

In accordance with 21 U.S.C. § 853; 28 U.S.C. § 2461(c); and Fed. R. Crim. P. 32.2(a)

Respectfully submitted,

Erik Siebert
United States Attorney

Date: May 28, 2025

By: _____
James L. Trump
Assistant United States Attorney