# UNITED STATES DISTRICT COURT
## Plea Minutes

Date: **05/28/2025**  
Time: 11:02 a.m. – 11:13 a.m.  
(00:11)

Case #: **1:25cr116**  
Interpreter/Lang: Maria Horvath/Spanish

Honorable **CLAUDE M. HILTON**, United States District Judge, Presiding

| Paulina Miller | J. Egal |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**  
v.  
**DAMASO LOPEZ-SERRANO**

Deft appeared: [ **X** ] in person     [  ] failed to appear  
[ **X** ] with Counsel     [  ] without Counsel  
[  ] through Counsel

Edward Ungvarsky                         James Trump

**Counsel for Defendant**                **Counsel for Government**

**Matter called for:**  
[ **X** ] Pre-Indictment Plea     [  ] Change of Plea     [  ] Plea Agreement

**Filed in open court:**  
[ **X** ] Information   [ **X** ] Plea Agreement   [ **X** ] Statement of Facts   [ **X** ] Waiver of Indictment

**Plea:**  
[ **X** ] Deft entered a Plea of Guilty as to Count 1 of the   [  ] Indictment   [ **X** ] Information

[ **X** ]  Plea accepted by the Court.

[ **X** ]  Deft directed to USPO for PSI     [ **X** ] Yes     [  ] No

[ **X** ]  Case continued to: **FRIDAY, SEPTEMBER 5, 2025** at **10:00 A.M.** for:

[  ] Jury Trial     [  ] Bench Trial     [  ] Pre-Guidelines Sentencing     [ **X** ] Guidelines Sentencing

[ **X** ]  Deft remanded   [  ] Deft Released on Bond   [  ] Deft Continued on same bond conditions